**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**623-939-6546**
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| AHMDIE G. ROXAS, | Case No. 2:09-bk-15545 |
| Debtor. | STIPULATION and ORDER TO REINSTATE CHAPTER 13 BANKRUPTCY |

The Debtor, AHMDIE G. ROXAS, by and through counsel undersigned and Russell A. Brown, the Chapter 13 Trustee hereby Stipulate to Reinstate the above referenced case as the Debtor is current on all plan payments.

.

RESPECTFULLY SUBMITTED this ___th day of December, 2009

_____          /s/ Joseph W. Charles
Russell A. Brown              JOSEPH W. CHARLES, P.C.
Chapter 13 Trustee            P.O. Box 1737
3838 N. Central Ave #800      Glendale, AZ 85311-1737
Phoenix AZ 85012              Attorney for Debtor

So Ordered Reinstating Chapter 13 Proceedings

_____

1