**SO ORDERED.**

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

Dated: December 03, 2009



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| AHMDIE G. ROXAS, | Case No. 2:09-bk-15545 |
| Debtor. | STIPULATION and ORDER TO REINSTATE CHAPTER 13 BANKRUPTCY |

The Debtor, AHMDIE G. ROXAS, by and through counsel undersigned and Russell A. Brown, the Chapter 13 Trustee hereby Stipulate to Reinstate the above referenced case as the Debtor is current on all plan payments.

RESPECTFULLY SUBMITTED this ____th day of December, 2009

Russell Brown
Chapter 13 Trustee, Suite 800,
3838 North Central Avenue,
Phoenix, Arizona 85012-1965
2009.12.02 11:28:18 -07'00'

_____
Russell A. Brown
Chapter 13 Trustee
3838 N. Central Ave #800
Phoenix AZ  85012

/s/  Joseph W. Charles
JOSEPH W. CHARLES, P.C.
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtor

So Ordered Reinstating Chapter 13 Proceedings

_____

1

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: medinad                 Page 1 of 2                   Date Rcvd: Dec 04, 2009
Case: 09-15545                 Form ID: pdf002               Total Noticed: 28
```

The following entities were noticed by first class mail on Dec 06, 2009.
```
db          +AHMDIE G ROXAS,   23946 WEST DESERT BLOOM STREET,   BUCKEYE, AZ 85326-8106
aty          JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ  85311-1737
smg          AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,
             PHOENIX, AZ  85007-2650
cr          +AMERICA'S SERVICING COMPANY,   3476 STATEVIEW BLVD,   FORT MILL, SC 29715-7203
8246976     +AMERICA'S SERVICING COMPANY,   8480 Stagecoach Ci,   Frederick MD 21701-4747
8293047      BANK OF AMERICA,   P. O. Box 15726,   Wilmington DE 19886-5726
8246979     +CAPITAL ONE,   P. O. Box 30281,   Salt Lake City UT 84130-0281
8246980     +CHASE BANK USA,   800 Brooksedge Blvd.,   Westerville OH 43081-2822
8246978    ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
            (address filed with court: CACH LLC,   370 17TH STREET, STE. 5000,   Denver CO 80202)
8246981     +CREDIT CONTROL CORP,   11825 ROCK LANDING DRIVE,   NEWPORT NEWS VA 23606-4236
8246982     +CREDIT ONE BANK,   P. O. Box 98872,   Las Vegas NV 89193-8872
8246984     +HSBC BANK,   PO BOX 5253,   Carol Stream IL 60197-5253
8293056     +HSBC CARD SERVICES,   P. O. Box 60102,   City Of Industry CA 91716-0102
8381225     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
             NORFOLK VA 23541-0914
8246985     +SEARS/CBSD,   701 East 60th Street N,   Sioux Falls SD 57104-0432
8293058      Sundance Residential Homeowners Assoc.,   PO BOX 62465,   Phoenix AZ 85082-2465
8246986     +TARGET NATIONAL BANK,   P. O. Box 673,   Minneapolis MN 55440-0673
8293060     +The Law Office of Harrison Ross Byck, PC,   229 Plaza Boulevard, Suite 112,
             Morrisville PA 19067-7694
8339786     +U.S. Bank National Association C/O,   TIFFANY & BOSCO P.A.,   2525 EAST CAMELBACK ROAD SUITE 300,
             PHOENIX, ARIZONA 85016-9240
8337884     +U.S. Bank National Association, as Trustee for the,   2525 E. CAMELBACK RD. SUITE 300,
             PHOENIX, AZ 85016-4237
8293061      Universal Fidelity LP,   PO BOX 941911,   Houston TX 77094-8911
8246987     +WELLS FARGO CARDS,   P.o. Box 5943,   Sioux Falls SD 57117-5943
8340927     +Wells Fargo Bank NA,   4137 121st Street,   Urbandale, IA 50323-2310
8293063     +Wells Fargo Financial Cards,   3201 N 4th Ave,   Sioux Falls SD 57104-0700
```

The following entities were noticed by electronic transmission on Dec 04, 2009.
```
8246977     +E-mail/PDF: CBP@AGFINANCE.COM Dec 04 2009 23:40:45    AMERICAN GENERAL FINANCE,   P. O. Box 3251,
             Evansville IN 47731-3251
8246983     +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2009 23:44:28    GEMB/CHEVRON,   P. O. Box 981432,
             El Paso TX 79998-1432
8293054     +E-mail/Text: azpara@gurstel.com                               Gurstel Staloch & Chargo,
             64 East Broadway Road Suite 255,   Tempe AZ 85282-1398
8568727      E-mail/Text: resurgentbknotifications@resurgent.com                         LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                         TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. Bank National Association, as Trustee for the
8293045*    +AMERICA'S SERVICING COMPANY,   8480 Stagecoach Ci,   Frederick MD 21701-4747
8293046*    +AMERICAN GENERAL FINANCE,   P. O. Box 3251,   Evansville IN 47731-3251
8293049*    +CAPITAL ONE,   P. O. Box 30281,   Salt Lake City UT 84130-0281
8293050*    +CHASE BANK USA,   800 Brooksedge Blvd.,   Westerville OH 43081-2822
8293048*   ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
            (address filed with court: CACH LLC,   370 17TH STREET, STE. 5000,   Denver CO 80202)
8293051*    +CREDIT CONTROL CORP,   11825 ROCK LANDING DRIVE,   NEWPORT NEWS VA 23606-4236
8293052*    +CREDIT ONE BANK,   P. O. Box 98872,   Las Vegas NV 89193-8872
8293053*    +GEMB/CHEVRON,   P. O. Box 981432,   El Paso TX 79998-1432
8293055*    +HSBC BANK,   PO BOX 5253,   Carol Stream IL 60197-5253
8293057*    +SEARS/CBSD,   701 East 60th Street N,   Sioux Falls SD 57104-0432
8293059*    +TARGET NATIONAL BANK,   P. O. Box 673,   Minneapolis MN 55440-0673
8293062*    +WELLS FARGO CARDS,   P.o. Box 5943,   Sioux Falls SD 57117-5943
                                                                                         TOTALS: 1, * 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2009**                                   **Signature:**   *Joseph Speetjens*