**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.

**Dated: January 27, 2010**



**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

_____
**REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge**

Mark Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys S. Bosco
State for Movant

09-27259/1100213157

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ahmdie G. Roxas<br>        Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3<br><br>        Movant,<br>    vs.<br><br>Ahmdie G. Roxas, Debtor, Russell A. Brown, Trustee.<br><br>        Respondents. | No. 2:09-bk-15545-RTB<br><br>Chapter 13<br><br>O R D E R |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby immediately vacated with respect to that certain real property which is the subject of a Trustee's Deed dated , and recorded in the office of the Maricopa County Recorder, wherein U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3 is the successor beneficiary and Ahmdie G. Roxas has no right, title or interest in the property, further described as:

> Lot 95, SUNDANCE PARCEL 2, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded in Book 611 of Maps, Page 23 and Affiadavit of Correction Recorded in Instrument No. 2002-1259343, of Official Records.

U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3 is hereby authorized to take whatever other actions are necessary to protect its interest in the above legally described property, including but not limited to, initiating or completing a Forcible Entry and Detainer action.

IT IS FURTHER ORDERED that Rule 4001(a)(3) of the Rules of Federal Bankruptcy Procedure is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay.

This Order vacating and annulling the automatic stay imposed by U.S. Bankruptcy Code 362(a) shall be binding and effective in the event the Debtor(s) convert this case to another chapter under the U.S. Bankruptcy Code.

DONE IN OPEN COURT this _____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT